# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LORI VAZ,** | : |
| Plaintiff, | : |
| | : Civil Action No.: 3:11-CV-01818 (JBA) |
| v. | : |
| **WAL-MART STORES EAST, L.P.,** | : March 27, 2012 |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby stipulate and request that said action be dismissed with prejudice and without costs. All rights of appeal are hereby waived.

Respectfully submitted,

| | |
|---|---|
| LORI VAZ, | WAL-MART STORES EAST, L.P., |
| By her attorney, | By its attorney, |
| /s/ Michael D. DeMeola | /s/ Jennai S. Williams |
| Michael D. DeMeola (Fed. Bar No. ct28575) | Jennai S. Williams (Fed. Bar No. ct27762) |
| Maya Murphy, P.C. | Littler Mendelson, P.C. |
| 266 Post Road East | One Century Tower |
| Westport, CT  06880 | 265 Church Street, Suite 300 |
| Tel:  (203) 221-3100 | New Haven, CT  06510 |
| Fax: (203) 255-5699 | Tel:  (203) 974-8700 |
| mdemeola@mayalaw.com | Fax: (203) 974-8799 |
| | jswilliams@littler.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail on all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

                                                  /s/ Michael D. DeMeola
                                                  Michael D. DeMeola (Fed. Bar #28575)